UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

42502
Morton & Craig LLC
William E. Craig, Esquire
110 Marter Ave., Suite 301
Moorestown, NJ 08057
Attorney for Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services

Order Filed on August 15, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No. 16-18917

In Re:

DAVID D. ZIEGLER
CYNTHIA ZIEGLER

Judge: (JNP)

# ORDER FOR SECURED AMOUNT TO BE PAID THROUGH DEBTOR'S CHAPTER 13 PLAN AND ADEQUATE PROTECTION PAYMENTS

The relief set forth on page number two (2) is hereby **ORDERED**.

**DATED: August 15, 2016**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: David and Cynthia Ziegler
Case No: 16-18917
Caption of Order: Order for secured amount to be paid through debtor's chapter 13 plan and adequate protection payments

This matter having brought before this Court on an Objection To Confirmation filed by William E. Craig, Esq., attorney for Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services, with the appearance of Joseph J. Rogers, Esquire on behalf of the debtor, and this Order having been filed with the Court and served upon the debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer Services ("Wells Fargo") is the holder of a first purchase money security interest encumbering a 2013 Chevrolet Equinox bearing vehicle identification number 2GNALDEK3D6122613.**

2. **That the secured amount that Wells Fargo shall be paid through the debtor's plan shall be $18,116.38. This amount is reached using the agreed value of the vehicle of $16,000.00, amortized at 5.0% over 60 months.**

3. **That the Chapter 13 Trustee is hereby directed to make adequate protection payments to Wells Fargo in the amount of $125.00, each month, commencing June 2016. Adequate protection payments to Wells Fargo shall be made monthly up to and after confirmation, until all counsel fees have been paid and regular distributions begin to be made to Wells Fargo. If in any month there are insufficient funds on hand to pay both counsel fees and adequate protection payments, then funds on hand shall be used to pay adequate protection payments first, with the remaining balance going to counsel fees. If, after confirmation, counsel fees remain to be paid, then adequate protection payments shall continue to be paid to Wells Fargo until the remaining counsel fees have been paid. The debtors shall receive a credit for all adequate protection payments made against the total amount to be received by Wells Fargo through the plan.**